IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA GUY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv109-MHT |
| | ) | (WO) |
| MADIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss all claims with prejudice (doc. no. 11), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of November, 2019.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE